**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ARTHUR PROPERTIES S.A.,  )<br><br>　　　　　　　　Plaintiff,  )<br><br>　　v.  )<br><br>ABA GALLERY, INC., d/b/a ABA GALLERY;  )<br>ANATOLY BEKKERMAN; and JOHN DOES  )<br>No. 1 through 100, such persons being unknown  )<br>to plaintiff at this time,  )<br><br>　　　　　　　　Defendants.  )<br>　　　　　　　　　　　　　　　　)　)　)　)　)　)　) | 11 Civ. 4409 (LAK) |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned hereby appears as co-counsel on behalf of Defendants A.B.A. Gallery Inc. and Anatol Bekkerman in the above-captioned matter, and requests that a copy of all pleadings, notices, orders and other filings be served upon him at the following address:

> Malcolm S. Taub
> Davidoff Malito & Hutcher LLP
> 605 Third Avenue
> New York, New York 10158
> mst@dmlegal.com

Dated: July 19, 2011

Respectfully submitted,

Davidoff Malito & Hutcher  LLP

By:_____/S/_____
　　　　Malcolm S. Taub
605 Third Avenue
New York, New York 10158
Tel: (212) 557-7200
Fax: (212) 286-1884