UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

ARTHUR PROPERTIES S.A., et ano.,

          Plaintiffs,

    - against -                      11 Civ. 4409 (LAK)

ABA GALLERY, INC., et ano.,

          Defendants.

------------------------------------------------------------x

## DECLARATION OF STEVEN M. EDWARDS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

STEVEN M. EDWARDS hereby declares as follows:

1.    I am a member of the law firm of Hogan Lovells US LLP, co-counsel for Defendants A.B.A. Gallery Inc. and Anatol Bekkerman in the above-captioned matter, and a member of the Bar of this Court. I make this Declaration in support of Defendants' Motion to Dismiss the Third Amended Complaint.

2.    Attached hereto as Exhibit 1 is a true and correct copy of the Third Amended Complaint in this matter, dated December 12, 2011.

3.    Attached hereto as Exhibit 2 is a true and correct copy of the Court's Memorandum Opinion in this matter, dated November 28, 2011.

4.    Attached hereto as Exhibit 3 are true and correct copies of various news articles, which were obtained via the internet on December 21, 2011.

      I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.  This declaration is executed by me in New York, New York, this 30th day of December 2011.

                              /s/  Steven M. Edwards_____
                                      Steven M. Edwards