Kyiv Post. Independence. Community. Trust - 2008 - Aleksander Savchuk

Case 1:11-cv-04409-LAK   Document 28-3   Filed 12/30/11   Page 1 of 8   Page 1 of 1



**Aleksander Savchuk - Slow ahead**

**Net Worth:** $ 708 million (June 2008)

**Age:** 53 years old

**Marital status:** Married, has a daughter

**Last year:** -

**Industry:** Machine industry

Millionaire Alexander Savchuk is a novice in the annual Korrespondent rating "Richest Ukrainians". But he is a long time veteran in the domestic business, with all relevant honors. Savchuk is the head of the managing board of Azovmash plant, and also is the president of Azovmash basketball club, which is a fivefold champion of the country. Savchuk is a people's deputy of Ukraine from the Party of regions.

Last year the 53-years-old businessman reinforced his position on the domestic engineering market. To do so, the owner of Mariupol invest Group bought all the shares of the Ukrainian Industrial Transportation Company from Rinat Akhmetov (#1) and Eduard Prutnik (?), and today he controls 50% plus one share of Azovmash.

In addition, Savchuk has a considerable influence on merchant marine fleet of Donbass company, which has over 30 ships. The fleet runs between ports on the Black sea, the Sea of Azov, Mediterranean and Baltic basins. The loaded Savchuk's vessels reach India, Africa, South and North America. It is a profitable business. Now it is clear, why Korrespondent, to put it mildly, was amazed when it discovered that Savchuk was in the lists of people's deputies of the fifth convocation, who applied for a free apartment in Kyiv.

Web links to Kyiv Post material are allowed provided that they contain a URL hyperlink to the www.kyivpost.com material and a maximum 500-character extract of the story. Otherwise, all materials contained on this site are protected by copyright law and may not be reproduced without the prior written permission of Public Media at news@kyivpost.com

All information of the Interfax-Ukraine news agency placed on this web site is designed for internal use only. Its reproduction or distribution in any form is prohibited without a written permission of Interfax-Ukraine.

Design & Development by MEMO.UA

Ocnus.Net

# BUSINESS

## 50 Richest Ukrainians
By Mark Rachkevych, Kyiv Post 11/6/09
Jun 12, 2009 - 10:03:36 AM

n its annual survey, Korrespondent magazine, the Russian-language sister publication of the Kyiv Post, found that Ukraine's 50 wealthiest citizens lost 75 percent of their net worth since last year.

A rising tide lifts all boats. And a sinking one lowers them. Such was the case with Ukraine's 50 richest citizens. Korrespondent magazine, Kyiv Post's Russian-language sister publication, found in its latest survey that the elite club's net worth dropped 75 percent since last year.

The fourth-annual rankings by the news magazine, whose special edition hit newsstands on June 12, are closely watched for what the results say about Ukraine's economy. And this year's results show wealth evaporated like ice cubes on hot pavement in summer.

This year, Korrespondent found that the top 50 combined are worth only $28.9 billion – roughly $2 billion less than Rinat Akmetov's wealth in 2008 all by himself. This year, Akhmetov again tops the charts, but with only $9.2 billion to his name. Akhmetov, a steel and mining magnate whose System Capital Management conglomerate has branched out into many other industries, is just the highest-profile victim of the global financial crisis and economic downturn.

"Companies dependent on export markets, specifically in the metals and mining industry, which had led the Ukrainian stock market's surge in 2007, were the first to suffer when the world economy started to deteriorate in the second half of 2008," said Victor Luhovyk, research editor at Dragon Capital, the Kyiv-based investment bank that worked in partnership with Korrespondent magazine on the annual evaluations.

The combined market capitalization of domestic metallurgical companies fell by 80 percent in the last year, to $7.9 billion, while the value of mining companies slumped to a 78 percent hit, down to $5 billion. "This is why many of the top 50 with assets in mining and metallurgy saw their worth plummet by 80 to 90 percent over the past year," Luhovyk said.

Other industries withstood the downturn better. The combined market value of listed agricultural and consumer companies (including agriculture, food processing, retail and a few other sectors) declined by 41 percent. Luhovyk said other companies with assets in agriculture and food processing suffered less, losing between 40 and 70 percent of their value.

But the upshot remains that modernization, infrastructure development and capital-raising efforts have slowed as the Ukrainian economy finds itself in crisis and companies find their survival is at stake. Yuriy Belinsky, Astrum Investment Management's head of research, said initial public offerings "were postponed and company transparency was one of the victims."

But with an average net worth of more than $500 million, the top dogs of Ukraine still have money for Mercedes and mansions – or even to invest into their businesses or their employees, if they so choose.

And, unlike their financial worth, their political clout hasn't suffered, civil society experts and political scientists noted.

Ukraine's captains of industry still finance political parties and have commanding influence on decisions made by government on all levels. Unlike in Russia, where the wealthiest have lost their "oligarch" status and have been brought to heel by the Kremlin, the clout wielded by the richest in Ukraine is enormous.

"It is pluralistic and in perpetual competition with one another since no one has a 'controlling stake.' They all have 'blocking stakes'," said Oleksandr Paskhaver, president of the Center for Economic Development, a think tank in Kyiv.

Astrum's Belinsky says there are enough competing interests and power centers at the top – for now – to prevent the wealthiest from totally running the state. "If such a balance was to shift in favor of one group or a limited number of groups, then we would risk getting a real, full-fledged 'captured' economy in Ukraine," Belinsky said.

Nevertheless, many believe that the best interests of society are still mainly ignored by the ruling elite in business.

"We have an elite that is separate from citizens. They don't pay attention to civil society interests. Our politicians pursue, at most, a populist policy," said Yevhen Bystrytsky, head of the International Renaissance Foundation in Kyiv, a civil society development organization funded by philanthropist George Soros.

Bystrytsky cited the recently failed talks to form a "broad coalition" between Prime Minister Yulia Tymoshenko's eponymous bloc and the Party of Regions led by ex-Prime Minister Victor Yanukovych. The pair ignored the public and denied people access to information.

"Their coalition talks were undercover. It wasn't public. Civil society simply accepted their talks as the private interests of the oligarchs," Bystrytsky said. "They just wanted to freeze the political regime that has been in place since the Orange Revolution."

But while the same old crowd dominates the new list of the 50 richest, the presence of five newcomers is seen as a welcome sign that wealth is being generated in areas of the economy that were not part of the traditional Soviet heavy-industry structure. However, Luhovyk said, Ukraine's economy still remains heavily dependent on exports such as steel.

"This is, of course, a positive sign, both in terms of economic diversification and the strength of local demand," said Luhovyk, referring to such entrepreneurs as Oleksandr Kardakov, who runs a successful information technology company and is worth an estimated $118 million.

Other newcomers to Korrespondent's top 50 list include: No. 18, Yevhen Seagul, Agromars, $334 million; No. 28, Ivan Huta, Mriya, $192 million; No. 35, Stepan Ivahiv, Kontinuum, $156 million; No. 38, Volodymyr Zahoriy, Darnitsa, $141 million; and No. 47, Danylo and Mykhailo Korylkevych, Dakor, $87 million.

To crack the list, a net worth of $65 million was needed. The 50th spot is occupied in the 2009 rankings by Oleksandr Derkach. Complete rankings can be found at 50 Richest Ukrainians.

|    | **Name** | **Business Group** | **2008** | **2009** | |
|----|----------|--------------------|----------|----------|------|
| 1  | Rinat Akhmetov | SCM | 30 914 | 9 232 | -70% |
| 2  | Igor Kolomoisky | Privat | 6 550 | 2 298 | -65% |
| 3  | Victor Pinchuk | Interpipe | 8 784 | 2 190 | -75% |
| 4  | Gennady Bogolyubov | Privat | 6 196 | 1 679 | -73% |
| 5  | Kostyantyn Zhevago | Finance and Credit | 5 199 | 919 | -82% |
| 6  | Serhiy Taruta | IUD | 2 374 | 753 | -68% |
| 7  | Vitaly Gaiduk | IUD | 2 374 | 753 | -68% |
| 8  | Oleg Mkrtchan | IUD | 2 374 | 753 | -68% |
| 9  | Alexander Yaroslavsky | Ukrsibbank | 2 594 | 620 | -76% |
| 10 | Vladimir Boyko | MMKI | 3 223 | 606 | -81% |
| 11 | Victor Nusenkis | Energo Concern | 3 319 | 570 | -83% |
| 12 | Yuriy Kosyuk |  | 1 519 | 531 | -65% |
| 13 | Tariel Vasadze | ZAZ | 2 055 | 505 | -75% |
| 14 | Oleksiy Martynov | Privat | 4 943 | 488 | -90% |
| 15 | Andriy and Ruslan Verevsky | Kernel | 715 | 446 | -38% |
| 16 | Vasyl Khmelnytsky | Kyiv Investment Group | 1 400 | 369 | -74% |
| 17 | Serhiy Tihipko | TAS | 1 637 | 345 | -79% |
| 18 | Yevhen Seagul | Agromars | #N/A | 334 | #N/A |
| 19 | Petro Poroshenko | Ukrprominvest | 1 117 | 306 | -73% |
| 20 | Leonid Baisarov | Energo Concern | 1 659 | 285 | -83% |
| 21 | Hennady Vasyliev | Energo Concern | 1 659 | 285 | -83% |
| 22 | Volodymyr Kostelman | Fozzy | 970 | 256 | -74% |
| 23 | Dmytro Firtash | RosUkrEnergo | 2 905 | 255 | -91% |
| 24 | Serhiy and Oleksandr Buryak | Brokbusuinessbank | 887 | 238 | -73% |
| 25 | Valery Khoroshkovsky | Inter | 1 550 | 223 | -86% |
| 26 | Georgiy Skundar |  | 727 | 221 | -70% |
| 27 | Grigoriy and Igor Surkis |  | 309 | 206 | -33% |
| 28 | Ivan Huta | Mriya | #N/A | 192 | #N/A |

| # | Name | Company | | | |
|---|---|---|---|---|---|
| 29 | Andriy Ivanov | Kyiv Investment Group | 700 | 184 | -74% |
| 30 | Yevhen Chernyak | Khortytsya | 696 | 184 | -74% |
| 31 | Oleksandr Savchuk | Azovmash | 708 | 178 | -75% |
| 32 | Igor Yeremeev | Kontinuum | 998 | 156 | -84% |
| 33 | Stepan Ivahiv | Kontinuum | #N/A | 156 | #N/A |
| 34 | Andriy Okhlopkov | | 364 | 151 | -59% |
| 35 | Eduard Shyfrin | Zaporizhstal | 837 | 143 | -83% |
| 36 | Volodymyr Zahoriy | Darnitsa | #N/A | 141 | #N/A |
| 37 | Mykola Tolmachev | TMM | 570 | 136 | -76% |
| 38 | Filya Zhebrovska | Farmak | 218 | 126 | -42% |
| 39 | Igor Balenko | Furshet | 443 | 121 | -73% |
| 40 | Vitaly Antonov | Universal Invest. Group | 602 | 121 | -80% |
| 41 | Oleksandr Kardakov | Inkom | 314 | 118 | -62% |
| 42 | Roman Lunin | VK | 1 112 | 93 | -92% |
| 43 | Mykola Yankovsky | Stirol | 479 | 88 | -82% |
| 44 | Mykola Lagun | Delta bank | 524 | 87 | -83% |
| 45 | Danylo and Mykhailo Korylkevych | Dakor | #N/A | 87 | #N/A |
| 46 | Boris Kolesnykov | Konti | 271 | 80 | -70% |
| 47 | Volodymyr Landik | NORD | 160 | 67 | -58% |
| 48 | Andriy and Serhiy Kluyev | Ukrpodshybnik | 227 | 66 | -71% |
| 49 | Fedir Shpyg | Aval | 173 | 61 | -65% |
| 50 | Oleksandr Derkach | Aval | 173 | 61 | -65% |
| | | | **114 871** | **28 638** | **-75%** |

Source: Ocnus.net 2009



# Alexander Savchuk, President of "Azovmash"

**Azovmash works closely work with companies from Switzerland, Germany and Italy, and I think that next year we will deliver our steel in Europe**

**What is necessary to improve the business climate in Ukraine?**

One of the most important problems of our country today is a lack of awareness of Western civilization about the eastern mentality. We are a young country. You probably already have seen, that the history of Ukraine is very complicated. Over the last three hundred years, we have rarely enjoyed independence as our state is on the border between east and west. Nevertheless, we want to make Ukraine free and rich, and create all necessary conditions to ensure that people live here as easily as possible. However, this is - a very difficult task.

**How do you feel about the progress of PPPs in Ukraine?**

I'll tell you: we have no other choice. I will tell you very accurately the differences of the Leonid Kuchma era, the era of Viktor Yushchenko, and the Viktor Yanukovych era. When Leonid Kuchma came to power, Ukraine did not have a functioning private sector no state had yet been formed. All actions at that time were confused. Leonid Kuchma deserves thanks because in the ten years of his reign the Ukrainians learned that they have their own country. We had the first wave of privatization. We started to build something. As for the Orange Revolution, I want to say that the ideas were right and good. However, due to the power struggle in their leadership, more attention went to clarifying their relationship than to the promotion of Ukraine, the establishment of international contacts, and improving efficiency and effectiveness of public and private sectors. It's not their fault, but it's the reality of the situation. What a problem Viktor Yanukovych inherited after the election for President! Believe me, it was very sad. Today the situation has leveled, but it was done step by step.

The question is, what is important for private business? It is important that the business is less interfered with from outside. Unfortunately, one of the main problems in Ukraine is excessive power of officials. Today, efforts are being made to reduce bureaucracy in the country. Sometimes these measures are successful, sometimes they are not. We feel these changes and we can say that the direction taken by the current Government is in the right direction. Of course, not everything, but we are at the beginning of a long journey. Despite the fact that the will of the President is the fundamental basis for this direction, not everything depends on him. Likewise, not everything depends on the will of PM Mykola Azarov or VPM Sergei Tigipko - top officials in the government. It is important that the entire chain of command works cohesively. If any official of any regulatory inspection - whether it be fire, tax or any other service - will not be kept under strict

control, it can hurt small, medium, and even large businesses. The main task today is to clean all that bureaucracy that prevents the development of a progressive movement in Ukraine. This is done under public and government control and supervision of law enforcement. I see that today the country's leaders want to address this issue, and it is a big positive, because the previous government, declared the same desires to change on paper, but were afraid to implement them in reality. I can see how it is done today, and I must say that it is very complex. I see concrete steps that had been made throughout the previous twenty years. I am an optimist. I think that we will achieve significant progress.

For all the points that I listed, it is necessary to bring in the legal framework. This will raise the responsibility and discipline of officials, and establish over them the social and governmental controls on the legislative level. I believe that we can have different attitudes to the current tax code. There can also be different attitudes to the other defining codes that are adopted or are about to be. At least we finally have a comprehensive document on the most important areas. I'm very well acquainted with Mr. Sergei Tigipko and think of him as a hero. I admire this man for what his decision to take a political hit like he did with pension reforms. You can easily raise all sorts of populist slogans, and I want to give you an example. Mariupol - one of the most important industrial centers of Ukraine, accounts for 9% of gross domestic product of the state, despite the fact that the proportion of people living here, is only 1% with almost a third of them being senior citizens. Pension reform is vital to us, however, unpopular measures, which are now taken by the Government, are unavoidable. We must have the strength to take them, just as France, Germany, Italy, Spain and other European countries are doing. I repeat: there is no alternative to such measures. We must have the courage to start such reforms to benefit future generations.

**What does it mean to you personally to be the head of such an enterprise such as Azovmash?**

You must understand that "Azovmash" has many divisions. The main industrial centers and headquarters are located in Mariupol, but "Azvomash" is not limited by this, having a very complex structure. Moreover, Mariupol - is not only "Azovmash", which is good for our company, by the way. There are, in addition to our plant, powerful iron and steel plants and ports. Thus, Mariupol is a very important part of Ukraine. Regardless of whether there is "Azovmash", Mariupol is one of the largest industrial centers in the country. However, "Azovmash" certainly contributes to the life of the city, being a significant part of a larger organism. Today in Mariupol at our facilities are more than 20,000 people, furthermore, "Azovmash" is the largest machine-building enterprise in the entire state, not only with regard to production volumes, but the number of employees. Therefore, the fact that we are important and can be seen, along with companies such as Novokramatorsky Machine Works, Southern Machine-Building Plant and the NPO. Frunze is great. With regard to production volumes, we are in first place, but believe me, this a very difficult burden. If we talk only about the machine-building factories, we really are champions in Ukraine.

**How are your export markets proceeding?**

There were times when we have exported goods to more than 40 countries, but the crisis has not spared us. Today we should not talk so much about the countries but the results. For example, if we talk about our products like Carriages, we should note the following fact: railroad tracks, found in the former Soviet Union and Poland, are different from European tracks. They are more extensive. We also have other requirements of GOST for railroad cars. And for these kind of products we work together with the Russian Urals railcar plant, located in Nizhny Tagil. We share 30% of the market. Thus, our work does not depend on the number of countries in which we export, or the type of track. You can see one more example in the metallurgical sector. We produce converters for making steel. We do not cooperate with individual countries. We are working with Arcelor Mittal, delivering products to the factories in Krivoy Rog in Ukraine, as well as in Algeria, India, Pakistan, Kazakhstan and other countries. We also work with international companies. Our cooperation with "Severstal" does not mean that we only supply products in Cherepovets. Working with the Novolipetsk MC does not mean we only supply goods in Lipetsk. We work with the Industrial Union of Donbass, but send the products to more places then just Alchevsk. We also work with "Dunaferr" in Hungary, because their expertise is needed in our products. The modern globalized world is not based on how many countries you supply a product to, but on the quality of the companies with which you work. To date, only very large international companies have the resources to develop. This applies to companies operating in our sector and companies

using our equipment because the equipment is very expensive and requires significant investment.

**Your year on year sales have nearly doubled. What is the reason?**

There are no secrets. This is - the consequence of the crisis. In 2008, the crisis has hit us, probably much harder than other companies like ours, because just before its onset, we invested more than $ 200 million in reconstruction and technical equipment of our plant, but did not manage to begin operating. It was a very difficult time for us, perhaps the worst in the history of "Azovmash". However, when the world began to emerge from the crisis, thanks to a new hardware and more modern technologies, we were better prepared to work. This allowed us to increase production volumes 50% compared to pre-crisis times. This figure is more correct, because during the crisis, production figures fell by half. Compared to the pre-crisis period, we invested in modernization, increased production by half and decreased the number of employees by 20%. The positive results we achieved were the result of these actions. Thus, after a very hard period for us, we finally experienced a number of advantages.

**What are the main competitive advantages of the enterprise?**

In fact, you asked a very difficult question. Our main strength is not one single factor, but the sum of many. I want to note the importance of top managers. This is crucial because of the scientific and technological base created in the enterprise. Our market, like any other, has its limits. The crisis has forced us to revise our concept of development. We concluded that the main thing is quality products and customer requirements. The market can not grow indefinitely. The leading position is occupied by one who offers the best products and most favorable terms. Therefore we don't hesitate to spend huge sums on the development of new technologies; we understand that this is a necessary step. In this respect, the crisis helped us a lot, oddly enough. It is because of the crisis, that our people realized we must differentiate ourselves from the competition. In Germany, I saw the most powerful production facilities which stopped because the people had no incentive to work and upgrade. I once offered to buy a lot of German and French companies that were manufacturing train wagons. These companies were in poor condition, and one of the main reasons was the fact that people did not have the interest and desire to continue the development of the company. Despite the fact that, for example, in Germany, state and legislative authorities established all necessary conditions for the promotion of this development. I'm referring to exemption from federal and state taxes, etc. Mariupol is a working city, and people realize that the factory is the breadwinner that the future of workers and their families depend on. In Mariupol there are many examples of how people work at the factory with their families and even generations, many families in which his grandfather, father and son have dedicated all of his life to working in "Azovmash". For us it is important to keep these traditions and to assure that people understand that the plant - is also a family, and if someone from the family has problems, we can help. These are the two main reasons for our success: technical upgrading and the mentality of our people.

**How are you investing in their further education and professional development?**

Of course, this aspect is of great importance for our company. Without this, further work would be impossible. Each year, about 12 members of our staff receive specialized training. We are very seriously engaged in this, sending employees to various business trips. For example, when we supply our products to Arcelor Mittal, the largest of our partners and customers, our people go to India, Algeria and other countries to monitor the installation of equipment. They live there for a long time, training local workers to the rules of operation of the machines. In turn, our staff must themselves be competent and trained to the highest level. For us it is very important, so we give this issue a lot of attention. Moreover, we work hard to ensure that people have developed an understanding of the importance of the educational process. Employees should be aware that for them it is even more important than for us, because no courses will help if a person has no desire to educate themselves.

**What is your vision of the future for Azovmash?**

We always think about it, because our market is great, but the country has huge resources. We are now working on a new car. The project is tentatively called "East-West", and our aim is to build a train that could

go from Vladivostok to the English Channel. This is - a very difficult task, because in the CIS, track is wider than in Europe, and requires a special truck that can automatically narrow. Therefore, the project is innovative and not very easy. In another line of our products - Metallurgical Equipment - it should be noted that its production is not particularly relevant for Europe at the moment, because the steel industry is concentrated mainly in Eastern Europe, Africa, and also in India and China. But in this regard "Azovmash" has been partnered with companies such as Siemens. For example, today we are launching a new line of casting steel using the latest equipment. This is important because Europe needs a high-quality alloy steel for the automobile, and for the energy industries. We closely work with companies from Switzerland, Germany and Italy, and I think that next year we will deliver our steel in Europe. We also have a large project in the field of wind turbines.

**Does your focus include any British company?**

We cooperate with international companies. Some have offices in the UK, but we do not see Europe in terms of countries, for us European companies are everywhere. The world is changing, becoming more globalized, and now there are no such boundaries as before. We do not even consider specific countries. We consider all of Europe to be open.